UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

UNITED STATES OF AMERICA

v.  CASE NO. 8:24cr75 RAL-AEP
8 U.S.C. § 1326(a)

JOSE GARCIA-ANTONIO

## INDICTMENT

The Grand Jury charges:

**COUNT ONE**
**(Illegal Re-Entry by Deported Alien)**

FEB 27 2024 PM 12:54
FILED - USDC - FLMD - TPA

On or about February 21, 2024, in the Middle District of Florida, the defendant,

JOSE GARCIA-ANTONIO,

being an alien of the United States, who previously had been convicted of a felony offense, including:

1. Felony Battery, on or about October 29, 2019, and

2. Aggravated Assault, on or about October 29, 2019;

and was thereafter deported, excluded, and removed from the United States on or about December 19, 2019, and who had not received the consent of the Attorney General or the Secretary of Homeland Security to reapply for admission to the United States, was found to be voluntarily in the United States.

In violation of 8 U.S.C. § 1326(a) and (b)(1).

A TRUE BILL,

_____
Foreperson

ROGER B. HANDBERG
United States Attorney

By: _____
Jeff Chang
Assistant United States Attorney

By: _____
FOR:
Michael C. Sinacore
Assistant United States Attorney
Deputy Chief, Violent Crimes and
Narcotics Section

FORM OBD-34
February 24

No.

# UNITED STATES DISTRICT COURT
## Middle District of Florida
### Tampa Division

THE UNITED STATES OF AMERICA

vs.

JOSE GARCIA-ANTONIO

INDICTMENT

Violations: 8 U.S.C. § 1326(a)

A true bill,

_____
Foreperson

Filed in open court this 27th day

of February 2024.

_____
Clerk
Sarah Toombs

Bail $_____

GPO 863 525